# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

CARROLL BUILDING COMPANY, LLC, et al.,

    Defendants.

Case No. 3:09-cv-243

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 24, 2009, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendants' Motion to Dismiss or Stay (Doc. No. 5) be, and it hereby is, denied. Defendants' request for an extension of time to answer after a ruling on their Motion to Dismiss is moot, given the amendments to the Federal Rules of Civil Procedure on December 1, 2009.

December 28, 2009.

                                                Walter Herbert Rice
                                              United States District Judge