# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,       :       Case No. 3:09-cv-243

                                         District Judge Walter Herbert Rice
   -vs-                               Magistrate Judge Michael R. Merz

                                   :

CARROLL BUILDING CO., LLC.,

       Defendant.

## DECISION AND ORDER

This case is before the Court on Plaintiff's Motion to Compel Discovery (Doc. No. 13).  On August 20, 2010, the Court found there was prima facie evidence to support the Motion and ordered Defendants to show cause not later than August 26, 2010, why the Motion should not be granted. Defendants have not responded.

It is accordingly ORDERED that each Defendant shall respond completely to all outstanding discovery requests made of that Defendant not later than September 10, 2010.  Failure to comply is punishable as a contempt of this Court.

August 27, 2010.

                                                           s/ **Michael R. Merz**
                                                        United States Magistrate Judge