IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:09-CV-243 |
| vs. | ) |
| CARROLL BUILDING CO., LLC, et al., | ) JUDGE RICE |
| Defendants, | ) |
| and | ) |
| FIRST BANK, | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee has no accounts under any of the Defendants' names,

**IT IS HEREBY ORDERED** that the February 6, 2012 Writ of Continuing Garnishment against the property of the Defendants be quashed.

Date: 2-21-12

_____
UNITED STATES DISTRICT JUDGE