IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 3:09-CV-243 |
| vs. | ) |
| | ) JUDGE RICE |
| CARROLL BUILDING CO., LLC, et al., | ) |
| | ) |
| Defendant | ) |
| | ) |
| and | ) |
| | ) |
| INTEGRATED BIOMETRIC TECHNOLOGY, LLC, | ) |
| | ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: 3-5-12

_____
UNITED STATES DISTRICT JUDGE