IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) CASE NO: 3:09-CV-243 |
| vs. | ) ) |
| CARROLL BUILDING CO., LLC. et al., | ) JUDGE RICE |
| Defendants, | ) ) ) |
| and | ) ) |
| INTEGRATED BIOMETRIC TECHNOLOGY, LLC, | ) ) ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Defendants have begun making payment on the debt in this matter,

**IT IS HEREBY ORDERED** that the March 5, 2012 Writ of Continuing Garnishment against the property of Charles Carroll be quashed.

Date: 3-19-12

UNITED STATES DISTRICT JUDGE